UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 04002
   JOHN R JOHNSON
                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY

       Debtor
  SSN XXX-XX-7160

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/07/2007 and was confirmed 05/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/27/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | 48698.02 | .00 | 989.75 |
| CITIFINANCIAL AUTO CREDI | SECURED VEHIC | 2029.25 | 20.19 | 198.17 |
| HSBC BANK USA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | SECURED | 55.14 | .00 | 55.14 |
| INTERNAL REVENUE SERVICE | SECURED | 20120.36 | .00 | 1477.80 |
| JERRY L HORNE & CAROL D | NOTICE ONLY | NOT FILED | .00 | .00 |
| JERRY L HORNE & CAROL D | MORTGAGE ARRE | 51345.45 | .00 | 1043.55 |
| STATE OF ILLINOIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNITED STATES OF AMERICA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 11198.36 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 16652.98 | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 901.62 | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 869.80 | .00 | .00 |
| IHOR ANDRUSHKO | UNSEC W/INTER | 28921.09 | .00 | .00 |
| VALLEY COLLECTION SERV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 5092.11 | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSEC W/INTER | 2443.70 | .00 | .00 |
| DENNIS G KNIPP | DEBTOR ATTY | 2,500.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 415.40 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,700.00 | |
| PRIORITY | | .00 |
| SECURED | | 3,764.41 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 04002 JOHN R JOHNSON

```
        INTEREST                                                20.19
UNSECURED                                                         .00
ADMINISTRATIVE                                             2,500.00
TRUSTEE COMPENSATION                                        415.40
DEBTOR REFUND                                                     .00
                              ----------------    ----------------
TOTALS                              6,700.00            6,700.00
```

       Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE